IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| OMAR DEMITRIOUS PEARSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:07CV576 |
| v. | ) | |
| | ) | |
| ANTHONY HATHAWAY, Supt. | ) | |
| of Bertie Correctional Inst., | ) | |
| | ) | |
| Respondent. | ) | |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondent's motion to dismiss (docket no. 5) is **GRANTED** and the petition is **DISMISSED**. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

_____
Wallace W. Dixon
United States Magistrate Judge

November 7, 2007